UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NESTA KELLER and ALLYN KELLER
husband and wife,

Plaintiffs,

v.

ETHICON, INC.,

Defendant.

Civil No. 01-CV-1480 DDA/FLN

**STIPULATION AND ORDER ADJUSTING DEFENDANT'S EXPERT DESIGNATION DEADLINE**

---

The parties to this litigation, through their respective undersigned counsel, hereby stipulate and agree that the deadlines in the captioned case established by this Court in its Pre-Trial Schedule may be modified as set forth in the Order below, and further stipulate and agree that the Court may enter such order without further notice or hearing.

Dated: April 29, 2002

SIVERSTON & BARRETTE

By [signature]
Alf Sivertson, #
The Barrister Building
1465 Arcade Street
St. Paul, MN 55106

ATTORNEY FOR PLAINTIFF

MAY 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 29, 2002

FAEGRE & BENSON LLP

By [signature]
Joseph M. Price, # 88201
Sonia Miller-Van Oort, # 0278087
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone (612) 766-7000

ATTORNEYS FOR DEFENDANT
ETHICON, INC.

**ORDER**

Based on all the stipulation of counsel,

IT IS HEREBY ORDERED:

1. That Defendant shall designate and disclose the substance of its experts' testimony within two weeks after it receives Plaintiff's expert disclosures for Dr. Christian Schrock.;

2 That all other deadlines in this case shall remain as set forth in the Court's prior Pre-Trial Schedule.

Dated MAY 3, 2002

[signature]
FRANKLIN L. NOEL
Chief Magistrate Judge

M2:20450466.01