**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nasta Keller and Allyn Keller,

Plaintiffs,

v.

Ethicon, Inc.,

Defendant.

01 CV 1480 (DDA/FLN)

**ORDER FOR DISMISSAL**

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** that this action is hereby DISMISSED, with prejudice, along with any counterclaims, the Court reserving jurisdiction for ten (10) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement.

DATED: September 24, 2002.

DONALD D. ALSOP, Senior Judge
United States District Court

SEP 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK